JUDGE McMAHON

08 CV 5470

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

                         Plaintiff,

     v.

INDIAN SUGAR EXIM CORP.,

                        Defendant.
------------------------------------------------------------X



RECEIVED
JUN 17 2008
U.S.D.C. S.D.N.Y.
CASHIERS

08 CV _____ ( ___ )

**STATEMENT PURSUANT
TO RULE 7.1**

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
         June 17, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff,
                                        FRIENDSHIP INTERNATIONAL
                                        MANAGEMENT (SVG) INC.

                        By:     _____
                                        Owen F. Duffy (OD-3144)
                                        George E. Murray (GM-4172)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600 / Fax: (516) 767-3605