08 CV 5470

JUDGE McMAHON

CHALOS, O'CONNOR & DUFFY
Attorneys for Plaintiff,
FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC.,

                 Plaintiff,

    v.

INDIAN SUGAR EXIM CORP.,

                 Defendant.
-----------------------------------------------------------------X

08 CV _____ ( _____ )

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the Declaration of Owen F. Duffy, sworn to the 17th day of June, 2008, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, INDIAN SUGAR EXIM CORP.

Dated: New York, New York
       June __, 2008

SO ORDERED:

_____
U.S.D.J.